NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

**ELI LILLY AND COMPANY,**
*Plaintiff-Appellant,*

v.

**SICOR PHARMACEUTICALS, INC. (NOW KNOWN AS TEVA PARENTERAL MEDICINES, INC.) and TEVA PHARMACEUTICALS USA, INC.,**
*Defendants-Cross Appellants.*

---

2010-1342, -1343

---

Appeals from the United States District Court for the Southern District of Indiana in case no. 06-CV-0238, Judge Sarah Evans Barker.

---

## ON MOTION

---

## ORDER

The parties jointly move to stay proceedings in this appeal pending the court's disposition in *Sun Pharmaceutical Industries v. Eli Lilly and Company*, 2010-1105.

The parties asserts that this case and *Sun* concern patent validity issues involving to the same patent.

We note that oral argument in *Sun* was held on May 7, 2010.

Accordingly,

IT IS ORDERED THAT:

(1)   The motion to stay proceedings in 2010-1342, -1343 is granted.  Eli Lilly and Company is directed to inform the court within 30 days of the issuance of the mandate in *Sun* concerning how it believes that 2010-1342, -1343 should proceed.  Sicor Pharmaceuticals, Inc. et al. may also respond within that time.

(2) A copy of this order shall be transmitted to the merits panel assigned to hear *Sun,* to inform that panel of this related appeal.

FOR THE COURT

__JUN 1 1 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Charles E. Lipsey, Esq.
     Elizabeth J. Holland, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 1 2010

JAN HORBALY
CLERK